UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

—————————————————————————— x

8/19/2013

In Re:

APPLICATION OF AHMED QASSIM BIN NAQEEB          13-mc-00296
TRADING EST. for an Order To Take Discovery
Pursuant to 28 U.S.C. § 1782                    **APPLICATION**

—————————————————————————— x

      Applicant Ahmed Qassim bin Naqeeb Trading Est. comes before the Court

seeking an Order allowing its attorneys, The Barry Fischer Law Firm LLC, to take

discovery of U.S. banks and financial institutions by subpoenaing documents to aid in a

criminal investigation pending in the United Kingdom, pursuant to 28 U.S.C. § 1782, as

set forth in the accompanying Declaration of Abdulhaleem bin Naqeeb, dated August 13,

2013, Declaration of Rodney Davis, dated August 12, 2013, Declaration of Eric S.

Waldman, dated August 12, 2013, and Memorandum of Law in Support of Application.

      WHEREFORE, Applicant respectfully requests that this Application be granted

and that applicant's attorneys, The Barry Fischer Law Firm, LLC, be allowed to take

discovery of U.S. banks and financial institutions by subpoenaing documents.

Dated: New York, New York
     August 16, 2013

                     Barry R. Fischer (BF0274)
                     Eric S. Waldman (EW0178)
                     THE BARRY FISCHER LAW FIRM LLC
                     550 Fifth Avenue, 6th Floor
                     New York, New York 10036
                     (212) 840-9300

                     *Attorneys for Applicant*

It is so ordered:

—————————————————————
U.S.D.J
8/16/13